McGREGOR W. SCOTT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900



**FILED**

MAR 29 2018



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
                    DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　　　　　　Plaintiff,

　　　v.

HUMBERTO GALVEZ-SOLANO,

　　　　　　　　　　Defendant.

CASE NO. 2:18-CR-0062 MCE

VIOLATION: 8 U.S.C. §§ 1326(a)
and (b)(2) – Deported Alien Found in
the United States

INDICTMENT

The Grand Jury charges: T H A T

HUMBERTO GALVEZ-SOLANO,

defendant herein, an alien, on or about November 9, 2010, was excluded, deported and removed from

the United States after being convicted of one or more crimes punishable by a term of imprisonment

exceeding one year, specifically:

Assault with a Deadly Weapon, in violation of California Penal Code Section 245(a)(1);

and, thereafter, on or about June 28, 2015, the defendant was found in the State and Eastern District of

California, after voluntarily and knowingly reentering the United States, with neither the Attorney

General of the United States nor the Secretary of the Department of Homeland Security having

expressly consented to a reapplication by the defendant for admission into the United States, in violation

INDICTMENT　　　　　　　　　　　　　　　　　1

1   of Title 8, United States Code, Sections 1326(a) and (b)(2).

2                                             A TRUE BILL.

3
                                        **/s/ Signature on file w/AUSA**
4

5

6
    McGREGOR W. SCOTT                         FOREPERSON
7   United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    INDICTMENT                      2

## United States
### v.
### HUMBERTO GALVEZ-SOLANO

**Penalties for Indictment**

VIOLATION:            8 U.S.C. §§ 1326(a) and (b)(2) – Deported Alien Found
                      in the United States

PENALTIES:            Not more than twenty (20) years in prison,
                      Not more than $250,000 fine, or both;
                      Not more than three (3) year term supervised release

SPECIAL ASSESSMENT:   $100 (felony)

No. _ _ _ _ _ _ _ _ _ _

---

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*
### HUMBERTO GALVEZ-SOLANO

---

## I N D I C T M E N T

**VIOLATION(S):** 8 U.S.C. §§ 1326(a) and (b)(2) - Deported Alien Found in the United States

*A true bill,*   **/s/ Signature on file w/AUSA**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ *day*

*of* _ _ _ _ _ _ _ _ _ _ . *A.D.* 20____

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

*Bail, $* _ _ _ _ _ _ _ **NO BAIL WARRANT**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

GPO 863 525