| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | HUMBERTO GALVEZ-SOLANO |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 18-62 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER FOR |
| | ) CONTINUANCE OF STATUS CONFERENCE; |
| v. | ) EXCLUDE TIME |
| HUMBERTO GALVEZ-SOLANO, | ) Date    July 19, 2018 |
| | ) Time:   10:00 a.m. |
| Defendant. | ) Judge:  Hon. Morrison C. England, Jr. |

The parties stipulate, through respective counsel, that the status conference scheduled for July 19, 2018 be vacated and be continued to August 2, 2018, at 10:00 a.m.

Defense counsel requires additional time to review discovery, to examine possible defenses, and to continue investigating the facts of the case in light of a proffered plea agreement. Additional time is necessary to confer with client about how to proceed with this case.

For these reasons, counsel and the defendant agree that the Court should exclude the time from the date of this order through August 2, 2018, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4.

///

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: July 17, 2018					HEATHER E. WILLIAMS
							Federal Defender

							/s/ M. Petrik
							MICHAEL PETRIK, Jr.
							Assistant Federal Defender
							Attorney for Defendant

DATED: July 17, 2018					MCGREGOR W. SCOTT
							United States Attorney

							/s/ Shea J. Kenny
							SHEA J. KENNY
							Assistant United States Attorney
							Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

Time from the date of the parties stipulation, up to and including August 2, 2018, shall be excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. It is further ordered the July 19, 2018 status shall be continued until August 2, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: July 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE